AO 442 (Rev. 5/93) Warrant for Arrest

# United States District Court

**DISTRICT OF** MASSACHUSETTS

UNITED STATES OF AMERICA

V.

CLAYTON WATTS

## WARRANT FOR ARREST

CASE NUMBER: 04-10362-RCL

To: The United States Marshal
and any Authorized United States Officer

YOU ARE HEREBY COMMANDED to arrest _Clayton Watts_
Name

and bring him or her forthwith to the nearest magistrate judge to answer a(n)

☐ Indictment   ☐ Information   ☐ Complaint   ☐ Order of court   ☒ Violation Notice   ☐ Probation Violation Petition

charging him or her with (brief description of offense)
violation of conditions of release (see attached)

*[Stamp: RECEIVED U.S. MARSHAL SERVICE BOSTON MA 2004 DEC 14 A 10 03]*

in violation of
Title _____ United States Code, Section(s) _____

Reginald C. Lindsay
Name of Issuing Officer

U.S. District Judge
Title of Issuing Officer

*[Signature]*
Signature of Issuing Officer

12-14-4    Boston, MA
Date and Location

Bail fixed at $ _____    by _____
Name of Judicial Officer

**RETURN**

at 1250 MASS AVE
Dorchester, MA

| DATE RECEIVED 12/14/04 | NAME AND TITLE OF ARRESTING OFFICER DEPUTY U.S. MARSHAL PAUL SUGRUE | SIGNATURE OF ARRESTING OFFICER *[signature]* |
|---|---|---|
| DATE OF ARREST 12/14/04 | | |

This form was electronically produced by Elite Federal Forms, Inc.