AO 442 (Rev. 5/93) Warrant for Arrest

# United States District Court

DISTRICT OF MASSACHUSETTS

UNITED STATES OF AMERICA

V.

CLAYTON WATTS

## WARRANT FOR ARREST

CASE NUMBER: 04-10362-RCL

To: The United States Marshal
and any Authorized United States Officer

YOU ARE HEREBY COMMANDED to arrest __Clayton Watts__
Name

and bring him or her forthwith to the nearest magistrate judge to answer a(n)

☐ Indictment   ☐ Information   ☐ Complaint   ☐ Order of court   ☒ Violation Notice   ☐ Probation Violation Petition

charging him or her with (brief description of offense)
violation of conditions of release (see attached)

RECEIVED
U.S. MARSHAL SERVICE
BOSTON, MA
2004 DEC 14  A 10 03

in violation of
Title _____ United States Code, Section(s) _____

Reginald C. Lindsay
Name of Issuing Officer

Signature of Issuing Officer

U.S. District Judge
Title of Issuing Officer

12-14-4       Boston, MA
Date and Location

Bail fixed at $ _____ by _____
Name of Judicial Officer

**RETURN**

at 1250 MASS AVE
Dorchester, MA

DATE RECEIVED: 12/14/04
DATE OF ARREST: 12/14/04

NAME AND TITLE OF ARRESTING OFFICER:
DEPUTY U.S. MARSHAL
PAUL SUGRUE

SIGNATURE OF ARRESTING OFFICER:
Paul Sugrue

This form was electronically produced by Elite Federal Forms, Inc.