# FINANCIAL AFFIDAVIT

CJA 23
Rev. 5/98

## IN SUPPORT OF REQUEST FOR ATTORNEY, EXPERT OR OTHER COURT SERVICES WITHOUT PAYMENT OF FEE

**IN UNITED STATES** ☐ MAGISTRATE ☑ DISTRICT ☐ APPEALS COURT or ☐ OTHER PANEL (Specify below)

| IN THE CASE OF | | LOCATION NUMBER |
|---|---|---|
| V.S. | FOR | |
| | AT | |

**PERSON REPRESENTED** (Show your full name)

Clayton Watts

| | |
|---|---|
| 1 ☐ Defendant—Adult | |
| 2 ☐ Defendant - Juvenile | |
| 3 ☐ Appellant | |
| 4 ☑ Probation Violator | |
| 5 ☐ Parole Violator | |
| 6 ☐ Habeas Petitioner | |
| 7 ☐ 2255 Petitioner | |
| 8 ☐ Material Witness | |
| 9 ☐ Other | |

**DOCKET NUMBERS**
Magistrate

District Court
2004 CR 10362 RCL

Court of Appeals

**CHARGE/OFFENSE** (describe if applicable & check box →) ☐ Felony  ☐ Misdemeanor

## ANSWERS TO QUESTIONS REGARDING ABILITY TO PAY

**ASSETS**

**EMPLOYMENT**

Are you now employed? ☑ Yes  ☐ No  ☐ Am Self-Employed

Name and address of employer: Peacard, Co.

**IF YES**, how much do you earn per month? $ 1200.00

**IF NO**, give month and year of last employment
How much did you earn per month? $ _____

If married is your Spouse employed? ☐ Yes  ☑ No

**IF YES**, how much does your Spouse earn per month? $ _____

If a minor under age 21, what is your Parents or Guardian's approximate monthly income? $ _____

**OTHER INCOME**

Have you received within the past 12 months any income from a business, profession or other form of self-employment, or in the form of rent payments, interest, dividends, retirement or annuity payments, or other sources? ☐ Yes  ☐ No

**IF YES, GIVE THE AMOUNT RECEIVED & IDENTIFY THE SOURCES**

RECEIVED $ 2400.
SOURCES Restaurant Depot

**CASH**

Have you any cash on hand or money in savings or checking accounts? ☑ Yes  ☐ No  **IF YES**, state total amount $ 17

**PROPERTY**

Do you own any real estate, stocks, bonds, notes, automobiles, or other valuable property (excluding ordinary household furnishings and clothing)? ☐ Yes  ☑ No

**IF YES, GIVE THE VALUE AND DESCRIBE IT**

VALUE _____  DESCRIPTION _____

**OBLIGATIONS & DEBTS**

**DEPENDENTS**

MARITAL STATUS
✓ SINGLE
___ MARRIED
___ WIDOWED
___ SEPARATED OR DIVORCED

Total No. of Dependents: 1

List persons you actually support and your relationship to them
Clayton Watts (father)

**DEBTS & MONTHLY BILLS**
(LIST ALL CREDITORS, INCLUDING BANKS, LOAN COMPANIES, CHARGE ACCOUNTS, ETC.)

| APARTMENT OR HOME: | Creditors | Total Debt | Monthly Paymt. |
|---|---|---|---|
| rent | | | 400. |
| | utilities/food | $ _____ | $ 500. |
| | cell phone | $ _____ | $ 150. |
| | | $ _____ | $ _____ |
| | | $ _____ | $ _____ |

I certify under penalty of perjury that the foregoing is true and correct. Executed on (date) December 14, 2004

**SIGNATURE OF DEFENDANT (OR PERSON REPRESENTED)** ▶ Clayton Watts