# United States District Court
# District of Massachusetts

**UNITED STATES OF AMERICA**

       v.                                    **CRIMINAL NO. 2004-10362-RCL**

**CLAYTON WATTS,**
           **Defendant.**

*ORDER OF TEMPORARY*
*DETENTION PENDING HEARING*
*PURSUANT TO BAIL REFORM ACT*

**COLLINGS, U.S.M.J.**

Upon the allowance of the motion of the United States, it is ORDERED that the DETENTION HEARING be, and the same hereby is, CONTINUED to *MONDAY, DECEMBER 20, 2004 AT 3:00 P.M. before the Honorable Joyce Alexander at Courtroom #24, John Joseph Moakley United States Courthouse, 1 Courthouse Way, Boston, Massachusetts.*

Pending this hearing, the defendant shall be held in custody by the United States Marshal and produced for the hearing.

*/s/ Robert B. Collings*
**ROBERT B. COLLINGS**
**United States Magistrate Judge**

**December 14, 2004.**