UNITED STATES DISTRICT COURT

DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| UNITED STATES OF AMERICA ) | |
| ) | |
| v. ) | CRIMINAL NO. 04-10362-RCL |
| ) | |
| CLAYTON WATTS ) | |

### DEFENDANT'S WAIVER OF PRELIMINARY HEARING, ASSENT TO DETENTION, AND MOTION TO CANCEL HEARING

Defendant, Clayton Watts, hereby waives his right to a preliminary hearing under Fed.R.Crim.P. 32.1(b), assents to the government's motion for detention, and moves to cancel the hearing currently scheduled for December 20, 2004, at 3:00 p.m.

As grounds for this motion, defendant states as follows:

1.   On December 14, 2004, defendant was arrested on a warrant sought in conjunction with a petition filed by the probation department to revoke defendant's supervised release.

2.   Defendant's initial appearance was held before Collings, M.J., on December 14, 2004.  The government moved to detain defendant.  The matter was continued to December 20, 2004, at 3:00 p.m., for a preliminary hearing pursuant to Fed.R.Crim.P. 32.1(b), and a detention hearing.

3.   Undersigned counsel has spoken with defendant, and defendant wishes to waive his preliminary hearing, assent to

detention, and proceed directly to a final revocation before Judge Lindsey.

>                             CLAYTON WATTS
>                             By his attorney,
>
>                             /s/ J. Martin Richey
>
>                             J. Martin Richey
>                               BBO# 559902
>                             Federal Defender Office
>                             408 Atlantic Ave., 3rd Floor
>                             Boston, MA  02210
>                             Tel: 617-223-8061

December 17, 2004