UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

UNITED STATES OF AMERICA

V.

CRIM. CASE NO:
CR04-10362 RCL

CLAYTON WATTS
      Defendant

**ORDER ON**
**APPOINTMENT OF FEDERAL DEFENDER**

COLLINGS, U.S.M.J.

On December 14, 2004, the defendant in the above-entitled action appeared before this Court on a on a petition the defendant in the above-entitled action appeared before this Court for an initial appearance on a petition charging violations of supervised release. The financial inability of the defendant to retain counsel having been established by the Court, and the defendant not having waived the appointment of counsel, it is hereby ORDERED that attorney MARTIN RICHEY of the Federal Defender Office for the District of Massachusetts be appointed, effective as of December 14, 2004, to represent said defendant in this cause until further order of the Court.

SO ORDERED.

                                                    ROBERT B. COLLINGS
                                                  UNITED STATES MAGISTRATE JUDGE

                                                  BY THE COURT:
                                                  /S/ Rex Brown
                                                  Courtroom Clerk

December 20, 2004
Date