UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

CRIMINAL NO. CR04-10362:001 RCL

UNITED STATES OF AMERICA

V.

CLAYTON WATTS

**<u>ORDER ON DETENTION</u>**
December 28, 2004

ALEXANDER, U.S.M .J.

On December 14, 2004, Lindsay, D.J. issued an arrest warrant on a petition by United States Probation citing violations of supervised release. The defendant appeared before this Court for a preliminary revocation hearing on December 20, 2004, after having had his initial appearance before the emergency duty Magistrate Judge, Robert B. Collings, on December 14, 2004. The government was represented by Assistant United States Attorney John Capin and the defendant was represented by attorney Martin Richey.

The defendant waived the preliminary revocation and detention hearing and consented to detention pending a final revocation hearing before District Judge Lindsay. Accordingly, the defendant is hereby DETAINED, pursuant to 18 U.S.C.§ 3142 (e), to appear before District Judge Lindsay for his Final Revocation hearing at a time to be scheduled by his clerk.

The defendant shall be held in custody by the United States Marshal and produced

for the hearing.

    SO ORDERED.

                      /S/ Joyce London Alexander
                      UNITED STATES MAGISTRATE JUDGE