AO 245D (Rev. 3/01) Sheet 1 - Judgment in a Criminal Case for Revocations - D Massachusetts (09/02)

# United States District Court
## District of Massachusetts

| | |
|---|---|
| UNITED STATES OF AMERICA<br>v.<br>CLAYTON WATTS | JUDGMENT IN A CRIMINAL CASE<br>(For **Revocation** of Probation or Supervised Release)<br>(For Offenses Committed On or After November 1, 1987)<br><br>Case Number: 1: 04 CR 10362 - 001 - RCL<br><br>Martin Richey, Esq.<br>Defendant's Attorney |

**THE DEFENDANT:**

☒ admitted guilt to violation of condition(s) _1 & 2_____ of the term of supervision.
☐ was found in violation of condition(s) _____ after denial of guilt.

Accordingly, the court has adjudicated that the defendant is guilty of the following violation(s):

| Violation Number | Nature of Violation | Date Violation Concluded |
|---|---|---|
| 1 | The defendant shall refrain from excessive use of alcohol and drugs. | 10/25/04 |
| 2 | The defendant shall report to the probation officer as directed by the Court or probation officer, and shall submit a truthful and complete written report within five days of each month. | 10/26/04 |

☐ See continuation page

The defendant is sentenced as provided in pages 2 through _2_ of this judgment. The sentence is imposed pursuant to the Sentencing Reform Act of 1984.

☐ The defendant has not violated condition(s) _____ and is discharged as to such violation(s) condition.

    IT IS FURTHER ORDERED that the defendant shall notify the United States Attorney for this district with 30 days of any change of name, residence, or mailing address until all fines, restitution, costs, and special assessments imposed by this judgment are fully paid. If ordered to pay restitution, the defendant shall notify the court and United States Attorney of any material change in the defendant's economic circumstances.

Defendant's Soc. Sec. No.: 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

Defendant's Date of Birth: 

Defendant's USM No.:

Defendant's Residence Address:

Defendant's Mailing Address:
Same as above

01/12/05
Date of Imposition of Judgment

The Honorable Reginald C. Lindsay
Signature of Judicial Officer

Judge, U.S. District Court
Name & Title of Judicial Officer

1/20/05
Date

AO 240D (Rev. 3/01) Judgment in a Criminal Case for Revocations: Sheet 2 - Imprisonment

CASE NUMBER:     1: 04 CR 10362  - 001 - RCL                              Judgment - Page 2 of 2
DEFENDANT:       CLAYTON WATTS

## IMPRISONMENT

The defendant is hereby committed to the custody of the United States Bureau of Prisons to be imprisoned for a total term of    11 month(s)

☒ The court makes the following recommendations to the Bureau of Prisons:

that the defendant be placed at FCI, Jessup and that the defendant participate in a drug treatment program.

☒ The defendant is remanded to the custody of the United States Marshal.

☐ The defendant shall surrender to the United States Marshal for this district.
  ☐ at _____ on _____
  ☐ as notified by the United States Marshal.

☐ The defendant shall surrender for service of sentence at the institution designated by the Bureau of Prisons:
  ☐ before _____ on _____
  ☐ as notified by the United States Marshal.
  ☐ as notified by the Probation or Pretrial Services Officer.

**RETURN**

I have executed this judgment as follows:

Defendant delivered on _3-11-2005_ to _Jose M. Lazquez, Warden_
at _Jessup, MD_, with a certified copy of this judgment.

                                                        UNITED STATES MARSHAL

                                                        By _____
                                                           Deputy U.S. Marshal